# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 73730-9-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | UNPUBLISHED OPINION |
| JASON DOUGLAS HOFF, | ) | |
| | ) | |
| Appellant. | ) | FILED: APR 1 8 2016 |
| | ) | |

PER CURIAM. Jason Hoff appeals from the judgment and sentence entered following his conviction for one count of failing to register as a sex offender and one count of violating community custody. The parties have filed a joint motion for remand. We grant the motion and reverse Mr. Hoff's conviction for failing to register as a sex offender. The matter is remanded to the trial court with instructions to dismiss the failing to register charge with prejudice and to resentence Mr. Hoff on the remaining count of violating community custody.

Reversed and remanded.

For the court:

Becker, J.

Jau, J.

Spearman, C.J.

COURT OF APPEALS DIV I
STATE OF WASHINGTON
FILED
2016 APR 18 AM 9: 18